UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | MISC. ACTION NO. 2:10-mc-001-TJW-CE |
| | § | |
| SHERRIE SHIELDS | § | |

**ORDER**

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 7), which contains his recommendation that the court order the respondent Sherrie Shields to comply with the Internal Revenue Service's summons, has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, Ms. Shields is ORDERED to appear on Friday, April 16, 2010 at 9:00 a.m. at the offices of the Internal Revenue Service, 1800 NW Loop 281, Suite 214, Longview, Texas 75604 to meet with Revenue Officer James Ashton or his designated agent, and to comply with the summons and produce the records and testimony called for in the summons.

SIGNED this 12th day of April, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE